# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM H. SCOTT, | : | CIVIL NO: 1:14-CV-00535 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Schwab) |
| TRAVELERS COMMERCIAL INS. CO., | : | |
| Defendant. | : | |

## ORDER
October 6, 2016

Upon consideration of the parties' cross motions (*docs. 17*, *26*) for summary judgment, and for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED** that Plaintiff's (*doc. 26*) and Defendant's (*doc. 17*) motions are both **GRANTED IN PART AND DENIED IN PART**.

Although the Court has determined liability, factual issues remain regarding Plaintiff's damages.  Thus, **IT IS FURTHER ORDERED** that a conference call is **SCHEDULED** for **October 21, 2016, at 10:00 a.m**., to discuss such issues and whether a settlement conference would be of benefit to the parties.   Plaintiff shall

initiate the call, ensuring that all parties are on the telephone line before contacting Chambers at (717) 221-3980.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge
